Michael W. Armstrong (SBN: 87799)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, CA 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Rodney Hatfield

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RODNEY HATFIELD<br><br>   Defendants. | No. CR 09-01195 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING DATE**<br><br>Date:   June 24, 2013<br>Time:  1:30 p.m.<br><br>Before The Honorable Edward J. Davila |

Defendant, Rodney Hatfield, through his counsel, Michael W. Armstrong, hereby offers the within stipulation and proposed order to Judge Davila for a continuance of the sentencing date presently scheduled for June 24, 2013 at 1:30 p.m.

The grounds for the stipulation are that the probation officer received in excess of 14,000 Bates-stamped pages to review for her preparation of the Pretrial Sentence Report in this case, and she has informed counsel that she needs additional time to review those documents before being able to complete her report.

For these reasons, Mr. Hatfield, through his counsel, Michael W. Armstrong, and the government, through their counsel, Timothy Lucey, hereby stipulate to continue the sentencing

date in this case from the presently scheduled date of June 24, 2013 at 1:30 p.m. to July 22, 2013 at 1:30 p.m., before the Honorable Edward J. Davila.

Respectfully submitted,

NOLAN, ARMSTRONG & BARTON, LLP

Dated: June 3, 2013

/s/
_____
Michael W. Armstrong
Attorney for Defendant
Rodney Hatfield

Dated: June 3, 2013

/s/
_____
Timothy Lucey
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing in this case as it relates to defendant Rodney Hatfield is continued from June 24, 2013 to July 22, 2013 at 1:30 p.m. before the Honorable Edward J. Davila.

Dated: June __5__, 2013

_____
HON. EDWARD J. DAVILA
United States District Court Judge